# Court of Appeals, State of Michigan

## ORDER

Tracy Lynn Sullivan v Brian Robert Sullivan

Docket No. 348606

LC No. 18-104696-DM

David H. Sawyer
Presiding Judge

Anica Letica

James Robert Redford
Judges

The Court orders that the April 16, 2020 opinion is hereby AMENDED to correct a typographical error. The caption of the opinion is amended to correct petitioner-appellee's name to read "Trish Oleksa Haas."

In all other respects, the opinion remains unchanged.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

April 17, 2020
Date

Chief Clerk